ANNA RICHTER, Appellant, *v.* RICHARD A. GEIS, Respondent, Impleaded with Another.

Argued January 25, 1938; decided March 8, 1938.

*Arthur L. Burchell* for appellant.

*Herman B. Forman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.